**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:   MAZA, CESAR GERMAN | § § § | Case No. 11-50417 |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 01/15/2013 in Courtroom 613, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/27/2012            By:    /s/Glenn R. Heyman
                                          Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: MAZA, CESAR GERMAN | § Case No. 11-50417 |
|---|---|
| | § |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 20,000.00 |
| and approved disbursements of | $ 157.92 |
| leaving a balance on hand of [1] | $ 19,842.08 |
| **Balance on hand:** | $ 19,842.08 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | AMERICAN HONDA FINANCE CORPORATION | 6,392.31 | 0.00 | 0.00 | 0.00 |

Claim Withdrawn 10/26/2012

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 19,842.08 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 2,750.00 | 0.00 | 2,750.00 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 2,670.00 | 0.00 | 2,670.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 79.45 | 0.00 | 79.45 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 920.00 | 0.00 | 920.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,419.45 |
| Remaining balance: | $ 13,422.63 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 13,422.63 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $490,791.35 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Department of the Treasury | 440,450.06 | 0.00 | 12,045.85 |
| 7P | Illinois Department of Revenue | 50,341.29 | 0.00 | 1,376.78 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 13,422.63 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,975.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Department of the Treasury | 525.07 | 0.00 | 0.00 |
| 2 | Discover Bank | 6,752.13 | 0.00 | 0.00 |
| 4 | CVF Consumer Acquisition Company | 104.42 | 0.00 | 0.00 |
| 5 | FIA CARD SERVICES, successor Bank of America &MBNA America | 3,863.99 | 0.00 | 0.00 |
| 6 | FIA CARD SERVICES successor Bank of America&MBNA America Ban | 10,892.87 | 0.00 | 0.00 |
| 7U | Illinois Department of Revenue | 4,837.50 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 11-50417-TAB
Cesar German Maza                                                       Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: cturner                Page 1 of 2                  Date Rcvd: Nov 28, 2012
                               Form ID: pdf006              Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2012.
db          +Cesar German Maza,    1736 Penfold,    Northbrook, IL 60062-6033
aty         +Crane Heyman Simon Welch & Clar,    135 S Lasalle St Ste 1540,    Chicago, IL 60603-4101
18262962    +Anthony Pieper,    6301 Mercedes,    Dallas, TX 75214-3007
18998188    +CVF Consumer Acquisition Company,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
18262958    +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
18262959    +Citi Cards/Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
18262955    +City of Chicago,    121 N LaSalle St,    Room 107,    Chicago, IL 60602-1232
18262961    +Dale & Gensburg, PC,    200 West Adams Street-Suite 2425,    Chicago, IL 60606-5251
19015722     FIA CARD SERVICES, N.A.,    successor in Bank of American NA USA,    and MBNA America Bank N A,
              PO Box 15102,    Wilmington, DE 19886-5102
18262956     Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
18262953    +Marriot Ownership Resort,    1200 US Highway 98 S Ste 19 3000,    Lakeland, FL 33801-5901
18262949    +PNC Bank,    4661 East Main St,    Columbus, OH 43251-0001
18262950     PNC Bank,    PO Box 5570,    Cleveland, OH 44101-0570
18262952     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corp,    5005 N River Blvd NE,
              Cedar Rapids, IA 52411-6634)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18942005      E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 29 2012 03:02:03
              AMERICAN HONDA FINANCE CORPORATION,    NATIONAL BANKRUPTCY CENTER,    P.O. BOX 168088,
              IRVING, TX 75016-8088
18262951      E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 29 2012 03:02:03     American Honda Finance Corp,
              PO Box 5308,    Elgin, IL 60121-5308
18262954      E-mail/Text: cio.bncmail@irs.gov Nov 29 2012 02:57:39      Department of the Treasury,
              Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
18896554      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 29 2012 03:21:45      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18262960    +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 29 2012 03:21:45      Discover Financial SCS LLC,
              PO Box 15316,    Wilmington, DE 19850-5316
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18262957    ##Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 30, 2012**          **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: cturner              Page 2 of 2                  Date Rcvd: Nov 28, 2012
                              Form ID: pdf006            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2012 at the address(es) listed below:

          Christopher M Brown    on behalf of Creditor   PNC Bank, N.A. northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
          Glenn R Heyman     on behalf of Trustee Glenn Heyman gheyman@craneheyman.com, slydon@craneheyman.com;ecrane@craneheyman.com
          Glenn R Heyman     gheyman@craneheyman.com, il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
          Neal  Gainsberg    on behalf of Debtor Cesar Maza neal@stavergainsberg.com,   nstu1@aol.com, Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                                        TOTAL: 5