**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MAZA, CESAR GERMAN    §  Case No. 11-50417
                             §
                             §
Debtor(s)                    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $35,000.00  *(without deducting any secured claims)* | Assets Exempt: $19,500.00 |
| Total Distribution to Claimants: $13,422.63 | Claims Discharged Without Payment: $1,488,006.70 |
| Total Expenses of Administration: $6,577.37 | |

    3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $225,835.00 | $6,392.31 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,577.37 | 6,577.37 | 6,577.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 438,000.00 | 490,791.35 | 490,791.35 | 13,422.63 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,021,338.00 | 26,975.98 | 26,975.98 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,685,173.00 | $530,737.01 | $524,344.70 | $20,000.00 |

4) This case was originally filed under Chapter 7 on December 16, 2011. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/31/2013   By: /s/GLENN R. HEYMAN
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2001 Crown Liner | 1129-000 | 5,000.00 |
| Timeshare--Marriott-France | 1110-000 | 2,000.00 |
| Timeshare-Marriott-Orlando | 1129-000 | 2,000.00 |
| Timeshare--Marriott-Spain | 1129-000 | 7,000.00 |
| Timeshare - Beach Place Towers, Ft. Lauderdale FL | 1210-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | AMERICAN HONDA FINANCE CORPORATION | 4800-000 | 8,626.00 | 6,392.31 | 0.00 | 0.00 |
| NOTFILED | PNC Bank | 4110-000 | 206,487.00 | N/A | N/A | 0.00 |
| NOTFILED | Marriot Ownership Resort | 4110-000 | 8,714.00 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Motor Credit Corp | 4110-000 | 2,008.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$225,835.00** | **$6,392.31** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 2,750.00 | 2,750.00 | 2,750.00 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 2,670.00 | 2,670.00 | 2,670.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 79.45 | 79.45 | 79.45 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 920.00 | 920.00 | 920.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.10 | 38.10 | 38.10 |
| The Bank of New York Mellon | 2600-000 | N/A | 44.82 | 44.82 | 44.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,577.37 | $6,577.37 | $6,577.37 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Department of the Treasury | 5800-000 | 317,000.00 | 440,450.06 | 440,450.06 | 12,045.85 |
| 7P | Illinois Department of Revenue | 5800-000 | 121,000.00 | 50,341.29 | 50,341.29 | 1,376.78 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $438,000.00 | $490,791.35 | $490,791.35 | $13,422.63 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Department of the Treasury | 7100-000 | N/A | 525.07 | 525.07 | 0.00 |
| 2 | Discover Bank | 7100-000 | 6,886.00 | 6,752.13 | 6,752.13 | 0.00 |
| 4 | CVF Consumer Acquisition Company | 7100-000 | N/A | 104.42 | 104.42 | 0.00 |
| 5 | FIA CARD SERVICES, successor Bank of America &MBNA | 7100-000 | 15,395.00 | 3,863.99 | 3,863.99 | 0.00 |
| 6 | FIA CARD SERVICES successor Bank of America&MBNA America | 7100-000 | 15,395.00 | 10,892.87 | 10,892.87 | 0.00 |
| 7U | Illinois Department of Revenue | 7100-000 | N/A | 4,837.50 | 4,837.50 | 0.00 |
| NOTFILED | Chase Bank | 7100-000 | 10,088.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards/Citibank | 7100-000 | 11,574.00 | N/A | N/A | 0.00 |
| NOTFILED | Anthony Pieper | 7100-000 | 350,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Dale & Gensburg, PC | 7100-000 | 9,000.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago | 7100-000 | 603,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,021,338.00 | $26,975.98 | $26,975.98 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-50417  
**Case Name:** MAZA, CESAR GERMAN  

**Period Ending:** 01/31/13

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 12/16/11 (f)  
**§341(a) Meeting Date:** 01/31/12  
**Claims Bar Date:** 08/03/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Checking-Northbrook Bank<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1;Orig. Description: Checking-Northbrook Bank | 500.00 | 400.00 | DA | 0.00 | FA |
| 2 | Household Goods<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1;Orig. Description: Household Goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Clothing<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1;Orig. Description: Clothing | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 4 | Life Insurance<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1;Orig. Description: Life Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | IRAs<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1;Orig. Description: IRAs | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2009 Honda Civic<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1;Orig. Description: particulars. 2009 Honda Civic | 8,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2007 Scion<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1;Orig. Description: 2007 Scion | 8,000.00 | 3,592.00 | DA | 0.00 | FA |
| 8 | 2001 Crown Liner<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1;Orig. Description: 2001 Crown Liner | 4,000.00 | 4,000.00 | | 5,000.00 | FA |
| 9 | Timeshare--Marriott-France<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1;Orig. Description: Timeshare--Marriott-France | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 10 | Timeshare-Marriott-Orlando<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1;Orig. Description: Timeshare-Marriott-Orlando | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 11 | identifiable information §101(41A) NOT AN ASSET<br>    NOT AN ASSET, IMPORTED BY ERROR.<br>Orig. Asset Memo: Imported from original petition | 0.00 | 0.00 | | 0.00 | FA |

Printed: 01/31/2013 12:02 PM    V.13.11

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-50417  
**Case Name:** MAZA, CESAR GERMAN  

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 12/16/11 (f)  
**§341(a) Meeting Date:** 01/31/12  

**Period Ending:** 01/31/13  

**Claims Bar Date:** 08/03/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Doc# 1;Orig. Description: identifiable information §101(41A) provided in connection service from the |  |  |  |  |  |
| 12 | Timeshare--Marriott-Spain<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1;Orig. Description: ersonal, family, or<br>Timeshare--Marriott-Spain | 2,000.00 | 0.00 |  | 7,000.00 | FA |
| 13 | Timeshare--Marriott-Spain VOID (u)<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1;Orig. Description: Timeshare--Marriott-Spain<br>(See Footnote) | 0.00 | 0.00 |  | 0.00 | FA |
| 14 | Timeshare - Beach Place Towers,Ft. Lauderdale FL<br>(u)  (See Footnote) | Unknown | 4,000.00 |  | 4,000.00 | FA |
| 14 | **Assets**   **Totals** (Excluding unknown values) | **$45,000.00** | **$16,992.00** |  | **$20,000.00** | **$0.00** |

RE PROP# 13    TRUSTEE DISCOVERED THERE IS ONLY ONE TIMESHARE IN SPAIN VOID  
RE PROP# 14    Discovered by BKAssets, not scheduled.

**Major Activities Affecting Case Closing:**

   08/01: MT to Sell RTI in timeshares set for 08/21 (dk)  
   11/27: Final Hearing set for 01/15/2013(dk)

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013    **Current Projected Date Of Final Report (TFR):**    November 14, 2012 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-50417  
**Case Name:** MAZA, CESAR GERMAN  

**Taxpayer ID #:** **-***2652  
**Period Ending:** 01/31/13

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****714265 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 19,842.08 | | 19,842.08 |
| 01/15/13 | 11001 | GLENN R. HEYMAN | Dividend paid 100.00% on $2,750.00, Trustee Compensation; Reference: | 2100-000 | | 2,750.00 | 17,092.08 |
| 01/15/13 | 11002 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $2,670.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,670.00 | 14,422.08 |
| 01/15/13 | 11003 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $920.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 920.00 | 13,502.08 |
| 01/15/13 | 11004 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $79.45, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 79.45 | 13,422.63 |
| 01/15/13 | 11005 | Department of the Treasury | Dividend paid 2.73% on $440,450.06; Claim# 1P; Filed: $440,450.06; Reference: | 5800-000 | | 12,045.85 | 1,376.78 |
| 01/15/13 | 11006 | Illinois Department of Revenue | Dividend paid 2.73% on $50,341.29; Claim# 7P; Filed: $50,341.29; Reference: | 5800-000 | | 1,376.78 | 0.00 |
| | | | ACCOUNT TOTALS | | 19,842.08 | 19,842.08 | $0.00 |
| | | | Less: Bank Transfers | | 19,842.08 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **19,842.08** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$19,842.08** | |

{} Asset reference(s)   Printed: 01/31/2013 12:02 PM   V.13.11

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-50417 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | MAZA, CESAR GERMAN | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******10-65 - Checking Account |
| Taxpayer ID #: | **-***2652 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/31/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/12/12 | {8} | Chain of Lakes Marina | Proceeds from sale of motorboat | 1129-000 | 5,000.00 | | 5,000.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,975.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,950.00 |
| 08/24/12 | | Cesar Maza | Settlement of Trustee's RTI in Timeshares | | 15,000.00 | | 19,950.00 |
| | {9} | | | 2,000.00 | 1110-000 | | 19,950.00 |
| | {10} | | | 2,000.00 | 1129-000 | | 19,950.00 |
| | {12} | | | 7,000.00 | 1129-000 | | 19,950.00 |
| | {14} | | | 4,000.00 | 1210-000 | | 19,950.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 19,925.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.10 | 19,886.90 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.82 | 19,842.08 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033036088 20130103 | 9999-000 | | 19,842.08 | 0.00 |

| | ACCOUNT TOTALS | 20,000.00 | 20,000.00 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 0.00 | 19,842.08 | |
| | Subtotal | 20,000.00 | 157.92 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $20,000.00 | $157.92 | |

| Net Receipts : | 20,000.00 |
|---|---|
| Net Estate : | $20,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****714265 | 0.00 | 19,842.08 | 0.00 |
| Checking # 9200-******10-65 | 20,000.00 | 157.92 | 0.00 |
| | $20,000.00 | $20,000.00 | $0.00 |

{} Asset reference(s)                                                                                                   Printed: 01/31/2013 12:02 PM    V.13.11